AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MIGUEL ANGEL SUAREZ, MIGUEL CIELO RAMOS, GERARDO IXEHUATL HERNANDEZ, GUSTAVO JACOBO PERALTA, JUAN MANUEL CUERVO REYES, CARLOS RANGEL CAMACHO, MARCELINO BARRALES RAMOS, NESTOR HERNANDEZ SANCHEZ, LEO DAN ANDRADE HUERTA, JOSE GAGUANCELA AUCACAMA, FIDENCIO JUAREZ TECUAPACHO, and EFREN ROMERO, on behalf of themselves, and others similarly situated, *Plaintiff(s)* <br> v. <br> BRASSERIE FELIX INC., dba RESTAURANT FELIX, and ALEXANDRE CATTEAU, and ALAIN DENNEULIN, individually, *Defendant(s)* | Civil Action No. **19 CV 7210** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brasserie Felix, Inc., dba Restaurant Felix, 340 West Broadway, New York, NY 10013
Alexandre Catteau, 340 West Broadway, New York, NY 10013
Alain Denneulin, 340 West Broadway, New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CILENTI & COOPER, PLLC
10 GRAND CENTRAL
155 EAST 44TH STREET - 6TH FLOOR
NEW YORK, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  8/2/2019                                    /s/ P. Canales
                                                   *Signature of Clerk or Deputy Clerk*

