# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL ANGEL SUAREZ, MIGUEL CIELO
RAMOS, GERARDO IXEHUATL HERNANDEZ,
GUSTAVO JACOBO PERALTA, JUAN MANUEL
CUERVO REYES, CARLOS RANGEL CAMACHO,
MARCELINO BARRALES RAMOS, NESTOR
HERNANDEZ SANCHEZ, LEO DAN ANDRADE HUERTA,
JOSE GAGUANCELA AUCACAMA, FIDENCIO
JUAREZ TECUAPACHO, and EFREN ROMERO,
*on behalf of themselves, and others similarly situated,*

Case No. 19 CV 7201
(KPF)(RWL)

Plaintiffs,

-against-

BRASSERIE FELIX INC., *dba* RESTAURANT
FELIX, and ALEXANDRE CATTEAU, and
ALAIN DENNEULIN, *individually,*

Defendants.

---

**IT IS HEREBY ORDERED** that defendants, their agents and employees, and all persons acting in concert with them, will not take any adverse employment action against, or terminate the employment of, any plaintiff or other employee who joins this action, for complaining that defendants failed to pay them wages in violation of the Fair Labor Standards Act or the New York Labor Law;

**IT IS FURTHER ORDERED** that defendants, their agents and employees, and all persons acting in concert with them, will not withhold wages, reduce wages or hours, contact or threaten to contact immigration authorities, or otherwise discriminate against plaintiffs;

**IT IS FURTHER ORDERED** that prior to taking any adverse employment action against, or terminating the employment of, any plaintiff, defendants will provide

plaintiffs' counsel Peter H. Cooper, Esq., with seven (7) days prior notice, except that

defendants may suspend an employee with notice to plaintiffs' counsel if such suspension

is necessary as a matter of health, safety, or to avoid threatened violence.

Dated:          New York, New York

                _____

          **So Ordered:**  _____
                              Katherine Polk Failla
                              United States District Judge

2