UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
    MIGUEL ANGEZ SUAREZ, et al.,

                               Plaintiffs,          19 Civ. 7210 (KPF)

                  v.                                 ORDER

    BRASSERIE FELIX, INC., ALEXANDRE
    CATTEAU, and ALAIN DENNEULIN,

                               Defendants.
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      The Court was made aware last week that shortly after this lawsuit was filed on August 2, 2019 (Dkt. #5), Defendants instituted policy changes mandating that Plaintiffs promptly provide employment eligibility verification or face termination. (Dkt. #7). Plaintiffs claim that Defendants' conduct is in retaliation for the filing of the lawsuit and violates the Fair Labor Standards Act's ("FLSA") anti-retaliation provision. (*See* Dkt. #7 at 2). Plaintiffs ask the Court to issue a protective order barring Defendants from instituting this policy. The Court ordered Defendants to respond to the Plaintiffs' motion for a protective order. (Dkt. #8). As of this date, Defendants have not responded to such motion. The Court hereby ORDERS that Defendants refrain from instituting any such policy until Defendants appear for the initial conference in this case, scheduled for **October 1, 2019, at 3:45 p.m.** At that time, the Court can ascertain whether such a policy would violate FLSA's anti-retaliation provision.

SO ORDERED.

Dated:     August 26, 2019
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

SO ORDERED.

Dated:     August 26, 2019  
           New York, New York

_____  
KATHERINE POLK FAILLA  
United States District Judge