# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

September 11, 2019

**BY ECF**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

           *Re:   Miguel Angel Suarez, et. al. v. Brasserie Felix, Inc., et al.*
                   *Case No. 19 Civ. 7210 (KPF)(RWL)*

Dear Judge Failla,

      At the suggestion of chambers, counsel conferred, and respectfully request the court postpone the initial pretrial conference in light of the order for mediation.

      We thank the court for its consideration of this matter.

                                  Respectfully submitted,

                                  CILENTI & COOPER, PLLC

                                      /s/ Peter H. Cooper
                By:    _____
                                      Peter H. Cooper

cc:     All counsel of record (Via ECF)