UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL ANGEL SUAREZ, MIGUEL CIELO RAMOS, GERARDO IXEHUATL HERNANDEZ, GUSTAVO JACOBO PERALTA, JUAN MANUEL CUERVO REYES, CARLOS RANGEL CAMACHO, MARCELINO BARRALES RAMOS, NESTOR HERNANDEZ SANCHEZ, LEO DAN ANDRADE HUERTA, JOSE GAGUANCELA AUCACAMA, FIDENCIO JUAREZ TECUAPACHO, and EFREN ROMERO, *on behalf of themselves and others similarly situated*, <br><br>                                                        Plaintiffs, <br><br>     -against- <br><br> BRASSERIE FELIX, INC. dba RESTAURANT FELIX, and ALEXANDRE CATTEAU, and ALAIN DENNEULIN, *individually*, <br><br>                                                        Defendants. | Index No. 19-cv-7210 <br><br> **BRASSERIE FELIX, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Brasserie Felix, Inc., certifies that Brasserie Felix, Inc. has no parent corporation and no publicly-held corporation owns ten percent or more of its stock.

Date:  October 11, 2019
       New York, New York

                                        */s/ Eli Z. Freedberg*
                                        LITTLER MENDELSON, P.C.
                                        900 Third Avenue
                                        New York, NY  10022.3298
                                        212.583.9600

                                        *Attorneys for Defendants*