# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

November 26, 2019

**BY ECF**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: *Miguel Angel Suarez, et. al. v. Brasserie Felix, Inc., et al.*
         *Case No. 19 Civ. 7210 (KPF)(RWL)*

Dear Judge Failla,

  We are counsel to the plaintiffs. We provide this status report.

  The parties met with the court-assigned mediator yesterday but did not resolve the case. The parties wish to continue to exchange discovery and plan to meet with the mediator again, in February.

  At the court's convenience we respectfully request an initial case management conference.

  We thank the court for its consideration of this matter.

        Respectfully submitted,

        CILENTI & COOPER, PLLC

         /s/ Peter H. Cooper
    By: _____
         Peter H. Cooper

cc: All counsel of record (Via ECF)