# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

February 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

**REQUEST FOR CONFERENCE**

Plaintiff's request for a pre-motion conference is GRANTED. The parties are instructed to appear on April 1, 2020 at 10:00am in Courtroom 18C. Both parties should also be prepared to discuss any discovery disputes they have been unable to resolve through meet and confer. SO ORDERED.

Date: 2/13/2020
New York, New York

Mary Kay Vyskocil
United States District Judge

**BY ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Miguel Angel Suarez, et. al. v. Brasserie Felix, Inc., et al.*
     *Case No. 19 Civ. 7210 (MKV) (RWL)*

Dear Judge Vyskocil,

We are counsel to the plaintiffs in the above-referenced FLSA matter for unpaid wages, minimum wages, and overtime compensation. The case was recently reassigned to this court and we write to respectfully request that plaintiffs be heard with regard to two (2) pending issues.

First, on behalf of plaintiffs we asked the defendants to provide their form W-2's, for 2019. We requested their tax forms, which the restaurant was required to provide, last month and again on February 4th. To date, defendants have ignored our requests. As such, we request the court enter an order to furnish plaintiffs with their form W-2s, as required.

Second, plaintiff wish to bring to the court's attention their prior request for a pre-motion conference filed on January 30, 2020 [Docket 34]. As described therein, in light of the corporate defendant's recent Chapter 11 bankruptcy filing, plaintiffs respectfully request a briefing schedule and/or conference to resolve whether the case may be severed and allowed to proceed against the non-debtor defendants.

We thank the court for its consideration of this matter.

Respectfully submitted,

Peter H. Cooper

cc:    All counsel of record (Via ECF)