USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ANGEL SUAREZ, ex al., on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

BRASSERIE FELIX, INC. d/b/a RESTAURANT FELIX, ALEXANDRE CATTEAU, and ALAIN DENNEULIN.,

Defendant.

1:19-cv-07210-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

It is hereby ORDERED that the Pre-Motion Conference scheduled to take place on Wednesday, April 1, 2020 is adjourned *sine die*. It is further ORDERED that the parties shall file a Joint Status Letter, no longer than six pages, by April 3, 2020 detailing any outstanding disputes which require the Court's attention and the parties' respective positions on those issues. The Court will decide whether to schedule a telephonic conference after receipt of the letter.

**SO ORDERED.**

**Date: March 25, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**