

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

April 1, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Miguel Angel Suarez, et. al. v. Brasserie Felix, Inc., et al.
      Case No. 19 Civ. 7210 (KPF)

Dear Judge Vyskocil:

Our firm represents the Defendants in the above-referenced action. We write to inform the Court and Plaintiffs that Defendants Alexandre Catteau and Alain Denneulin have recently filed for Chapter 11 bankruptcy protection in the Eastern District of New York. We have attached the Notices of Bankruptcy Case Filings for the Individual Defendants. All Defendants in this Action have now filed for bankruptcy protection.  As a result of the bankruptcy filings, Defendants respectfully ask the Court to stay the entire action pursuant to 11 U.S.C. § 362(a).

Respectfully submitted,

*/s/ Eli Z. Freedberg*

Eli Z. Freedberg

cc:   Peter Cooper, Esq.