USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ANGEL SUAREZ, et al., on behalf of himself and others similarly situated,

            Plaintiffs,

-against-

BRASSERIE FELIZ, INC., et al.

            Defendants.

1:19-cv-07210-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    In light of the bankruptcy filings of all Defendants in this case [ECF # 36, 39], the case is stayed as to all Defendants. The Parties should jointly update the Court via letter on or before August 3, 2020 about the status of the bankruptcy proceeding. In the event the bankruptcy proceeding is resolved before August 3, 2020, the Parties must notify the Court within three days.

**SO ORDERED.**

**Date: April 2, 2020**
     **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**