# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

June 29, 2020

**STATUS REPORT**

**REQUEST FOR CONFERENCE**

**BY ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

     *Re:* *Miguel Angel Suarez, et. al. v. Brasserie Felix, Inc., et al.*
       *Case No. 19 Civ. 7210 (MKV) (RWL)*

Dear Judge Vyskocil,

  We are counsel to the plaintiffs in the above-referenced FLSA matter for unpaid wages, minimum wages, and overtime compensation. We write with reference to the court's order dated April 2, 2020 staying the case as to all defendants [Docket 41] and ordering the parties to notify the Court when the debtors' bankruptcy proceeding is resolved. We write to report to the court that all three (3) debtors' pending bankruptcy proceedings were dismissed by the Bankruptcy Court on June 26, 2020. A notice of dismissal is provided with this correspondence.

  In light of the dismissal, we respectfully request the court schedule a telephone status conference at its earliest convenience.

  We thank the court for its consideration of this matter.

cc: All Counsel (Via ECF)

> The Parties are directed to appear for a status conference on July 22, 2020 at 12:00PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844. The Parties are further directed to submit, by July 14, 2020, a letter to the Court discussing the status of this action and proposed next steps along with a proposed revised case management plan in this Court's format (available on the SDNY website).
>
> Date: 6/30/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge