

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

July 28, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     Miguel Angel Suarez, et. al. v. Brasserie Felix, Inc., et al.
        Case No. 19 Civ. 7210 (KPF)

Dear Judge Vyskocil:

Our firm represents the Defendants in the above-referenced action. The Parties write jointly to inform the Court that we intend to resume mediation before the Court-appointed mediator in this matter, Mr. Evan Spelfogel. The Parties will reach out directly to Mr. Spelfogel to coordinate a mediation date.

We thank the Court for its time in addressing this matter.

Respectfully submitted,

*/s/ Eli Z. Freedberg*

Eli Z. Freedberg

cc:     Peter Cooper, Esq.