UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ANGEL SUAREZ, et al.,

                     Plaintiff,

-against-

BRASSERIE FELIX, INC. et al.,

                     Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020
```

1:19-cv-07210 (MKV)

ORDER STAYING CASE

**MARY KAY VYSKOCIL, United States District Judge:**

       The Court having been informed of the bankruptcy filings by all Defendants in this action [ECF #47], IT IS HEREBY ORDERED that this case is STAYED pending the resolution or dismissal of the bankruptcy petitions or termination of the stay of litigation by the bankruptcy court.

       The Parties are instructed to file a joint letter on or before November 18, 2020 regarding the status of the bankruptcy proceeding or within three days of resolution or dismissal of the bankruptcy petitions.

**SO ORDERED.**

Date: September 18, 2020
New York, NY

*[Signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**