

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

November 17, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:  *Miguel Angel Suarez, et. al. v. Brasserie Felix, Inc., et al.,* Case No. 19 Civ. 7210 (KPF)

Dear Judge Vyskocil:

Our firm represents the Defendants in the above-referenced action. In accordance with the Court's September 18, 2020 Order, *see* Docket No. 48, the Parties write to provide an update on the status of the bankruptcy proceedings before the Eastern District's Bankruptcy Court, which resulted in staying this particular matter.

Although we do not represent the Defendants in connection with the Defendants' bankruptcy proceeding, we have been in contact with their bankruptcy counsel who has informed us that Defendants' bankruptcy cases have been jointly referred to one combined mediation. The mediation will attempt to resolve all issues related to the Plaintiffs' wage-and-hour claims that are the subject of this lawsuit. The mediation is scheduled for November 24, 2020 at 11:00 am before Mediator Jeff Kimmel. All Defendants are planning to attend this mediation.

As always, we thank the Court for its attention to this matter.

Respectfully submitted,

Eli Z. Freedberg

cc:     Peter Cooper, Esq.

littler.com