```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL ANGEL SUAREZ, et al.,

      Plaintiffs,

  - against -

BRASSERIE FELIX, INC., et al.,

      Defendants.
------------------------------------------------------------X

19-CV-7210 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  The parties having consented to my jurisdiction, the parties are directed to submit a joint status report every 60 days, beginning on February 1, 2021, regarding the status of the bankruptcy proceedings. In the event the bankruptcy is dismissed or resolved, the Parties shall submit a status report within seven days of such an order. In the meantime, the case remains stayed.

         SO ORDERED.

         _____
         ROBERT W. LEHRBURGER
         UNITED STATES MAGISTRATE JUDGE

Dated: December 16, 2020
   New York, New York

Copies transmitted this date to all counsel of record.