```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY FILED        │
                                          │ DOC #:_____ │
                                          │ DATE FILED: 1/5/2021        │
                                          └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL ANGEL SUAREZ, et al.,                  :
                                              :        19-CV-7210 (RWL)
                        Plaintiffs,           :
                                              :
              - against -                     :        **ORDER**
                                              :
BRASSERIE FELIX, INC., et al.,                :
                                              :
                        Defendants.           :
                                              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties having reported that agreement has been reached in principle, they

shall file a *Cheeks* fairness submission by February 4, 2021.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated: January 5, 2021
      New York, New York

Copies transmitted this date to all counsel of record.