# EXHIBIT "B"

## EXHIBIT B

Settlement Payment Structure – *Suarez, et. al. v. Brasserie Felix, Inc., et. al.*

| DATE | Payment schedule | Distrib. to MIGUEL ANGEL SUAREZ | Distrib. to MIGUEL CIELO RAMOS | Distrib. to GERARDO IXEHUATL HERNANDEZ | Distrib. GUSTAVO JACOBO PERALTA |
|---|---|---|---|---|---|
| 10 days after court approval | $400,000.00 | $13,330.00 | $10,130.10 | $23,465.30 | $25,322.56 |
| on or before 6/30/21 | $200,000 | $6,665.00 | $5,065.05 | $11,732.65 | $12,661.28 |
| on or before 10/31/21 | $200,000 | $6,665.00 | $5,065.05 | $11,732.65 | $12,661.28 |
|  |  |  |  |  |  |

| DATE | Distrib. to JUAN MANUEL CUERVO REYES | Distrib. to CARLOS RANGEL CAMACHO | Distrib. MARCELINO BARRALES RAMOS | Distrib. to NESTOR HERNANDEZ SANCHEZ | Distrib. to LEO DAN ANDRADE HUERTA |
|---|---|---|---|---|---|
| 10 days after court approval | $17,600.50 | $24,265.60 | $32,001.80 | $37,340.10 | $14,931.80 |
| on or before 6/30/21 | $8,800.25 | $12,132.80 | $16,000.90 | $18,670.05 | $7,465.90 |
| on or before 10/31/21 | $8,800.25 | $12,132.80 | $16,000.90 | $18,670.05 | $7,465.90 |
|  |  |  |  |  |  |

1

| DATE | Distrib. to JOSE GAGUANCELA AUCACAMA | Distrib. To FIDENCIO JUAREZ TECUAPACHO | Distrib. to EFREN ROMERO | Distrib. to attorneys for litigation fees and expenses |
|---|---|---|---|---|
| 10 days after court approval | $22,940.80 | $16,003.90 | $29,334.20 | $133,333.33 |
| on or before 6/30/21 | $11,470.40 | $8,001.95 | $14,667.10 | $66,666.67 |
| on or before 10/31/21 | $11,470.40 | $8,001.95 | $14,667.10 | $66,666.67 |
| | | | | |

2